**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN Re: | ) | CHAPTER 11 |
| | ) | |
| JON MICHAEL HAYES SHIBLEY, | ) | CASE NO. 18-68584-LRC |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JON MICHAEL HAYES SHIBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY PROCEEDING |
| | ) | NO. 19-05229 |
| v. | ) | |
| | ) | |
| NATIONAL BANK OF COMMERCE DBA, | ) | |
| PRIVATE BANK OF BUCKHEAD, | ) | |
| DANIEL R. SMITH, (DRS) INDIVIDUAL, | ) | |
| PRIVATE PLUS MORTGAGE, | ) | |
| JONES AND WALDEN PC, | ) | |
| AND LESLIE PINEYRO, INDIVIDUALLY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AND CHAPTER 7 TRUSTEE'S JOINT STATUS REPORT**

COME NOW, Edwin K. Palmer, the Chapter 7 Trustee (the "Trustee"), South State Bank, N.A., formerly known as CenterState Bank, N.A., as successor by merger to National Bank of Commerce d/b/a Private Bank of Buckhead ("South State"), Daniel R. Smith, Private Plus Mortgage, Jones & Walden, LLC,[1] and Leslie Pineyro, and hereby file this *Defendants' and Chapter 7 Trustee's Joint Status Report* (this "Joint Status Report") pursuant to the Court's order entered on December 17, 2020 (Doc. No. 31).

---

[1] The case caption incorrectly refers to Jones & Walden, LLC as "Jones and Walden PC." Jones and Walden PC is not an incorporated entity. Presumably, Shibley meant to name Jones & Walden, LLC as a party to this action.

1

1. On November 5, 2018, Plaintiff Jon Michael Hayes Shibley ("Shibley" or "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Georgia (Atlanta Division) (the "Bankruptcy Case").

2. On June 13, 2019, Shibley initiated the above-styled adversary proceeding (the "AP").

3. On July 15, 2019: Defendant Daniel Richard Smith filed a *Motion to Dismiss Plaintiff's Adversary Proceeding Complaint with Prejudice* (Doc. No. 4); Defendant South State filed a *Motion to Stay or Dismiss with Prejudice* (Doc. No. 5); and Defendants Jones & Walden, LLC and Leslie Pineyro filed the *Motion to Dismiss by Defendants Jones & Walden, LLC and Leslie Pineyro* (Doc. No. 6) and *Defendants Jones & Walden, LLC and Leslie Pineyro's Memorandum of Law in Support of Its Motion to Dismiss* (Doc. No. 7) (collectively, the "Motions to Dismiss").

4. Shibley filed a response to the Motions to Dismiss on July 22, 2019 titled *Plaintiff's Response to Defendant's Motion to Stay or Dismiss With Prejudice That Was Filed in Case 19-05229-1rc Doc 5, Filed 07/15/19 Entered 07/15/19 14:51:32* (Doc. No. 10).

5. On July 25, 2019, the Court converted the Bankruptcy Case from a case under Chapter 11 to a case under Chapter 7 of the Bankruptcy Code (Bankruptcy Case, Doc. No. 90), and Edwin K. Palmer was appointed interim Chapter 7 Trustee (Bankruptcy Case, Doc. No. 91).

6. On December 17, 2019, the Court entered a consent order administratively staying the AP through February 28, 2020 (Doc. No. 23). On April 2, 2020, the Court extended the

administrative stay through July 31, 2020 (Doc. No. 26). On August 4, 2020, the Court again extended the administrative stay through November 2, 2020 (Doc. No. 29).

7. On December 15, 2020, the Court entered an order directing Defendants and the Trustee to file a joint status report (Doc. No. 31).

8. Russell Patterson, counsel for the Trustee, represents that the Trustee intends to abandon all claims against all Defendants.[2] Mr. Patterson states that the Trustee will not oppose or otherwise respond to the Motions to Dismiss. The Trustee will abandon prosecution of any of Shibley's claims in this AP and will file a notice of such abandonment with the Court. As described above, Shibley has already filed a response to the Motions to Dismiss.

9. Defendants represent to the Court that the Motions to Dismiss are ready for disposition by the Court.[3,4]

Respectfully submitted this 30th day of December, 2020.

*/s/ Aaron Anglin*
Aaron Anglin
Georgia Bar No. 585863
Attorney for Jones & Walden, LLC and Leslie Pineyro
Jones & Walden, LLC
699 Piedmont Ave, NE
Atlanta, GA 30308
404-564-9300

[SIGNATURES CONTINUE]

---

[2] This includes the abandonment of the counterclaims against Defendant Daniel Richard Smith in Adversary Proceeding 19-5212.

[3] Defendants South State, Jones & Walden, LLC, and Leslie Pineyro show that simultaneously herewith, Defendants South State, Jones & Walden, LLC, and Leslie Pineyro have filed a *Supplement to the Motions to Dismiss*.

[4] Defendant Daniel Richard Smith requests that the Court rule on his *Motion to Dismiss Plaintiff's Adversary Proceeding Complaint with Prejudice* without supplementation. Defendant Daniel Richard Smith further states that his motion to dismiss Shibley's counterclaims in Adversary Proceeding 19-5212 is also ready for disposition.

3

*/s/ W. Russell Patterson, Jr. (by AA w/ permission)*

W. Russell Patterson, Jr.
Georgia Bar No. 566920
Attorney for Edwin K. Palmer, Chapter 7 Trustee for the estate of Jon Michael Hayes Shibley
Ragsdale Beals Seigler Patterson & Gray, LLP
229 Peachtree St. NE, Suite 2400
Atlanta, GA 30303-1629
404-588-0500

*/s/ Aleksas A. Baruskas (by AA w/ permission)*

Aleksas A. Baruskas
Georgia Bar No. 590129
Attorney for South State Bank, N.A.
Akerman LLP
50 North Laura St., Suite 3100
Jacksonville, FL 32202
904-798-3700

*/s/ Evan M. Altman (by AA w/ permission)*

Evan M. Altman
Georgia Bar No. 014066
Attorney for Daniel R. Smith
Evan M. Altman, Attorney at Law
Building 2
8325 Dunwoody Place
Atlanta, GA 30350
770-394-6466